UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEON W. BRADLEY, JR., ET AL.,

        Plaintiffs,

vs.                                          Case No. 8:64-CV-98-T-23B

PINELLAS COUNTY SCHOOL BOARD, ET AL,

        Defendants.

---

### NOTICE OF APPEARANCE

---

COMES NOW the undersigned, who enters his appearance as co-counsel for the above-named Plaintiffs.

                                          <u>S/Roger W. Plata</u>
                                          Roger W. Plata
                                          Florida Bar #213901
                                          Attorney for Plaintiffs
                                          Roger W. Plata & Associates, P.A.
                                          3510 First Avenue North, Suite 129
                                          P. O. Box 13903
                                          St. Petersburg, FL  33733
                                          Phone:  (727) 323-3119
                                          Fax: (727) 321-6866

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2006, a copy of the foregoing was sent, by U.S. Mail, to James A. Robinson, Esquire, School Board Attorney, Pinellas County School Board, 301 4th Street Southwest, P.O. Box 2942, Largo, FL 33770 and to William A. Kebler, Esquire, 501 First Avenue North, Suite 900, P.O. Box 210, St. Petersburg, FL 33731, and to Enrique Escarraz, III, Esquire, P.O. Box 847, St. Petersburg, FL 33731.

<u>S/Roger W. Plata</u>
Roger W. Plata
Florida Bar #213901
Attorney for Plaintiffs
Roger W. Plata & Associates, P.A.
3510 First Avenue North, Suite 129
P. O. Box 13903
St. Petersburg, FL  33733
Phone: (727) 323-3119
Fax: (727) 321-6866